**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 30 2016

☐ Check if this is an amended filing

JEFFREY P. ALLSTEADT, CLERK

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name *SHaakira* Middle name *N.* Last name *Ali* Suffix (Sr., Jr., II, III) | First name Middle name Last name Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name *SHaakira* Middle name *N.* Last name *Ali* First name Middle name Last name | First name Middle name Last name First name Middle name Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 9 7 6 OR 9 xx – xx – ___ ___ ___ | xxx – xx – OR 9 xx – xx – ___ ___ ___ |

Debtor 1  _Shaakira  N  Ali_
    First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>_N/A_<br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ __ ___ ___ ___<br>EIN<br><br>___ __ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ __ ___ ___ ___<br>EIN<br><br>___ __ ___ ___ ___<br>EIN |
| **5. Where you live** | _8410 So Winchester_<br>Number   Street<br><br>_Chicago_   _ILL_ _60620_<br>City     State  ZIP Code<br>_Cook_<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City     State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br>City     State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City     State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | Check one:<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ |

Debtor 1  Shaakira  N.  Ali
         _____
         First Name    Middle Name    Last Name

Case number (if known)_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

         District _____  When _____  Case number _____
                                         MM / DD / YYYY

         District _____  When _____  Case number _____
                                         MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.  Debtor _____  Relationship to you _____

         District _____  When _____  Case number, if known_____
                                         MM / DD / YYYY

         Debtor _____  Relationship to you _____

         District _____  When _____  Case number, if known_____
                                         MM / DD / YYYY

---

**11. Do you rent your residence?**

☒ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

         ☐ No. Go to line 12.

         ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1 *Shaakira   N.   Ali*

First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

Number     Street

_____

_____

City                                      State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

Number     Street

_____

_____

City                                      State        ZIP Code

Debtor 1   SHaakira   N.   Ali
First Name   Middle Name   Last Name

Case number (if known)_____

---

**Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1  _Shaakira_ _N._ _Ali_
     First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 6:** **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c. State the type of debts you owe that are not consumer debts or business debts.**

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:** **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Shaakira Ali_
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on _12 30 2016_
     MM / DD / YYYY

Executed on _____
     MM / DD / YYYY

---

Debtor 1    _Shaakira N. Ali_    Case number *(if known)*_____

First Name    Middle Name    Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ _____    Date _____

Signature of Attorney for Debtor    MM  /  DD  / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

_____

City    State    ZIP Code

Contact phone _____    Email address _____

_____

Bar number    State

---

Debtor 1  Shaakira  N.  Ali
_First Name_  _Middle Name_  _Last Name_

Case number _(if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____.
   Attach _Bankruptcy Petition Preparer's Notice, Declaration, and Signature_ (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _Shaakira Ali_                    X _____
Signature of Debtor 1                 Signature of Debtor 2

Date  12 30 2016                     Date  _____
      MM / DD / YYYY                        MM / DD / YYYY

Contact phone  872-223-5610          Contact phone  _____

Cell phone  872-223-5610             Cell phone  _____

Email address  ali_shaakira@yahoo.com   Email address  _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: SHaakira N. Ali

Debtor (s)

)
)
)
)
)
)
)
)

Case No.

Chapter 7

List of Creditors

| ASSET ACCepTance P.O. Box 939050 SAN DiegO CA 92193- 9050 | Portfolio Recovery Associates/ capital one bank 120 Corporate BLVD STE 100 NoRFOIK, VA 23502 |
|---|---|
| Credit Union One Room 1001 50 W. Washington St. Room 1001 Richard J. Oatey Center CHgo, ILL. 60602 1316 | Portfolio 120 Corporate BLVD Recovery STE 100 Norfolk, Capital One VA 23502 Bank USA |
| CHase Health Advance P.O. Box 7090 MESA, AZ 85216 | Portfolio 120 Corporate BLVD Recovery STE 100 Norfolk, GE Capital VA 23502 Retail Bank |
| J.B. Robinson/C.E. Acquisition Group LLC 375 Ghent RD Fairlawn, OH 44333 | Sallie Mae |
| Macy's/DSNB P.O. Box 8218 Mason, OH 45040 | Santander consumer USA 5201 Rufe Snow Dr. North Richland Hills, TX 76180 |

750 E. 22nd
Street OR
Suite 250
Lombard
IL 60148

Debtor 1        *Shaahira N. Ali*

| | |
|---|---|
| SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, Fl 32896 | ~~Cable Cellular~~ *St.* ERC/<br>ATT P.O. Box 57547<br>Jacksonville, Fl 32241 | Cable<br>Cellular |
| SYNCB/GAP<br>P.O. Box 965005<br>Orlando, Fl 32896 | GM Financial<br>P.O. Box 181145<br>Arlington, TX 76096 |
| SYNCB/OLD Navy<br>P.O. Box 965005<br>Orlando, Fl 32896 | CHASE<br>P.O. Box 7090 MESA, AZ<br>85216 |
| SYNCB/Walmart<br>P.O. Box 965024<br>Orlando, Fl 32896 | Credit Management/<br>WoW Cable 4200 International<br>PKWY Carrollton,<br>TX 75007 |
| TD BANK/USA Target C.<br>P.O. Box 673<br>Minneapolis, MN 55440 | COMenity Bank/Carsons |
| COMMONwealth Edison<br>Company/Contract Callers Inc.<br>501 Greene Street<br>Augusta, GA 30901 | Credit Systems International/<br>1277 Country Club LN<br>Fort Worth, TX 76112 |
| Clearview Energy/Credit<br>Systems P.O. Box 1088<br>Arlington, TX 760041088 | ~~Convergent Outsourcing/<br>800 SW 39th Street Renton, WA<br>98057~~ | St. |
| Just Energy/credit<br>management P.O. Box 1408<br>Racine, WI 5340114<br>08 | SINAI Health System<br>2621 W. 15th Place<br>CHICAGO IL 60608 |
| St.<br>OR ~~Convergent~~ Cable<br>Convergent Outsourcing Inc.<br>800 SW. 39th St. P.O. Box 9004<br>RENTON, WA 98057 | Illinois Student Assistance<br>Commission P.O. Box 235<br>Deefield, ILL 60015-0235 |
| ComCast/Convergent<br>Outsourcing 800 SW 39th St.<br>Renton, WA<br>98057 | SunTrust<br>American Education Services<br>Payment Center Harrisburg<br>PA 17130-0001 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: SHAAKIRA Ali                )
                                   )
                                   )
                                   )         Case No.
         Debtor (s)                )
                                   )         Chapter    7
                                   )
                                   )

List of Creditors

| | |
|---|---|
| Credit Collection Services 2 Wells Avenue, Newton, MA 02459 or P.O. Box 55126 Boston, MA 02205-5126 | GM Financial 1350 E. Touhy Ave. Suite 100E Des Plaines IL. 60018-3307 or |
| Dependon Collection Inc. P.O. Box 4833 Oak Brook IL. 60522-4833 | Dept. 96307 P.O. Box 1259 Oaks, PA. 19456 |
| Asset Acceptance P.O. Box 2121, Warren, MI 48090 or Midland Credit Management P.O. Box 2121 Warren, MI 48090-2121 | Reproductive Medicine Institute P.O. Box 219 Oswego, IL. 60543-0219 |
| University Accounting Service P.O. Box 3002 PHOENIXVILLE PA 19460-3002 | Adams Family Dentistry 5600 W. 87th St. Burbank, IL. 60459 |
| Illinois Student Assistance Commission P.O. Box 235 Deerfield, IL. 60015-0235 | RMCB P.O. Box 1235 Elmsford, NY 10523-0935 |

Debtor 1 _____ *Shaakira N. Ali* _____

| | |
|---|---|
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | University Accounting Service<br>P.O. Box 5291<br>Carol Stream IL 60197-5291 |
| Pioneer Credit Recovery<br>P.O. Box 366<br>Arcade, NY 14009 | Chicago Fertility Laboratory<br>P.O. Box 7451<br>Villa Park IL 60181 |
| Caremark Inc.<br>P.O. Box 846111<br>Dallas, TX 75284-6111 | Nation Credit + Collection<br>Inc. Evergreen Bank Group<br>P.O. Box 3219  Oak Brook<br>IL 60522-3219 |
| ACB Recovery<br>P.O. Box<br>Cincinnati, OH 45201-0177 | |
| Nationwide Credit + Collection<br>c/o Evergreen Bank Group<br>P.O. Box 3219<br>Oak Brook IL. 60522-3219 | |
| Capital Fitness Inc.<br>P.O. Box 4012<br>Aurora IL 60507-0199 | |
| United Recovery Service<br>18525 Torrence Ave. Suite<br>c/o lansing Ill. 60438 | |
| James Stauber<br>P.O. Box 722910<br>Houston TX 77272-2910 | |
| Williams Kherkher<br>8441 Gulf Freeway, Suite<br>600 Houston, Texas 77017-5051 | |
| Reproductive Medicine Institute<br>P.O. Box 219<br>Oswego Ill 60543-0219 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: Shaakira Ali

                )
                )
                )
                )    Case No.
    Debtor (s)    )
                )    Chapter  7
                )
                )

List of Creditors

| | |
|---|---|
| Peoples Gas P.O. Box Gas MILWAUKEE, WI 53201-2968  *P.O. Box 9100 OR Green Bay, WI 54307-9100* | Transworld Systems Inc.-SBEND 2135 E. Primrose Suite Q Springfield, MO 65804  OR |
| American General Life Insurance Company P.O. Box 0803 Carol Stream, Ill. 60132-0803 | Transworld Systems Inc P.O. Box 15270 Wilmington, DE 19850 |
| American General Life Insurance Company P.O. Box 9000 Amarillo, TX 79105-9000 | Sinai Health System P.O. Box 2166 Bedford Park IL 60499-2166 |
| Illinois Student Assistance Commission P.O. Box 366 Arcade NY 14009-0366 | Suntrust/American Education Services Payment Center Harrisburg PA. 17130-0001 |
| Friend Family Health Center Inc. 800 East 55th Street Chicago ILL 60615 | North Shore Agency/Meaningful Beauty 270 Spagnoli Road, Suite 110, Melville, NY 11747  OR |
| | P.O. Box 9221, Old Bethpage, NY 11804  OR  P.O. Box 2017 Harlan, IA 51593 Guthy Renker |

Debtor 1 _____ Shaakira N. Ali _____

| | |
|---|---|
| Quest Diagnostics<br>P.O. BOX 740397<br>Cincinnati, OH 45274-0397 | Cook CNTY Health + Hospital<br>System PHY SVC 25706<br>Network Place Chicago, Ill<br>60673-1257 |
| NAVIENT<br>P.O. BOX 9635 WILKES-BARRE,<br>PA 18773-9635 | LAW OFFICES of JOEL, CARDIS,<br>LLC/ Major Dental<br>2006 Swede Rd. Suite<br>100 E. Norriton, PA 19401 |
| Pioneer Credit Recovery<br>Inc. 26 Edward Street<br>Arcade, NY 14009 | Major Dental Clinics/ TransWorld<br>System Inc. 507 Prudential<br>R.D. HORSHAM, PA 19044 |
| Blue Cross Blue Shield of<br>Illinois P.O. Box<br>7344 Chicago IL 60680-7344 | Convergent Outsourcing<br>P.O. BOX 1022<br>Wixom MI 48393-1022 |
| South Shore Hospital<br>8012 South Crandon Ave.<br>Chicago IL 60617-1124 | Lake Anesthesia Associates<br>P.O. BOX 158<br>Flossmoor, IL 60422-2077 |
| Arnold Scott Harris, P.C.<br>ATTORNEYS AT LAW / ILL. State<br>Toll Highway Authority 111 W.<br>Jackson Boulevard, Suite 600<br>Chicago, Ill 60604-4135 | Community Pathology Associates<br>P.O. BOX 5957<br>Carol Stream IL 60197-5957 |
| | Just Energy<br>35790 Eagle Way<br>Chicago Ill 60678-1351 |
| University of Ill. AT Chicago<br>College of Dentistry<br>801 S. Paulina Chgo.<br>Ill. 60612-7210 | Illinois Tollway<br>P.O. Box 5544 Chicago<br>Ill 60680-5544 |
| Walden University<br>15297 Collections Center Dr.<br>Chicago Ill 60693 | Specialized Radiology<br>Conslt 1039 College Ave.<br>STE A. Wheaton IL 60187 |
| First Acceptance Insurance Company<br>Inc. P.O. Box 23410<br>Nashville, TN 37202 | NAVIENT<br>P.O. BOX 9635 WIKES-BARRE,<br>PA 18773-9635 |